# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3422

_____

Raouf G. Haddad,

        Appellant,

v.

Hertz Corporation,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Missouri.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: April 20, 2009
Filed: April 23, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Raouf G. Haddad appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit against his former employer, Hertz Corporation. Having carefully reviewed the record and considered Haddad's arguments, we find no basis for reversal. See Gordon v. Shafer Contracting Co., 469 F.3d 1191, 1194 (8th Cir. 2006) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.